**No. 56331.**—Zado Goldenberg & Co. *v.* United States, protest 175155–K (New York).

Opinion by FORD, J.   The protest was dismissed.

**No. 56332.**—Abercrombie & Fitch Co. *v.* United States, protest 175910–K (New York).

Opinion by FORD, J.   The protest was dismissed.

BEFORE THE THIRD DIVISION, JANUARY 31, 1952

**No. 56333.**—General Lace Corp. *v.* United States, protest 174835–K (New York).

Opinion by EKWALL, J.   It was stipulated that the Federal Reserve bank certified dual rates of exchange for the currency involved in the liquidation of the entries for the dates of exportation of the merchandise covered by the entries and that the circumstances relating to the liquidation of the said entries are similar in all material respects to those in Abstract 54732.   In view of this stipulation and following the cited decision it was held that the currency of the invoices should have been converted in the manner directed by the judgment of this court in said Abstract 54732, in accordance with Bureau of Customs Circular Letter No. 2675, dated October 19, 1949.

**No. 56334.**—Jay Trading Co. et al. *v.* United States, protests 174620–K, etc. (New York).

Opinion by EKWALL, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 56335.**—Amtorg Trading Corp. et al. *v.* United States, protests 175786–K, etc. (New York).

Opinion by EKWALL, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 56336.**—McKesson & Robbins, Inc. *v.* United States, protest 175872–K (New York).

Opinion by JOHNSON, J.   At the trial it was stipulated that the merchandise, issues, and facts herein are similar in all material respects to those involved in *United States* v. *Browne Vintners Co., Inc.* (34 C. C. P. A. 112, C. A. D. 351) and that the quantities reported by the inspector as manifested not found were not in fact received by the importer.   In accordance with stipulation of counsel and following the decision cited it was held that duty and internal revenue tax are not assessable upon such portions of the merchandise as were reported by the inspector as manifested not found.   The protest was sustained to this extent.